## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ANGELA BEAN**                                                            **PLAINTIFF**

**v.**                              **CASE NO. 2:25-CV-00144-BSM**

**OZARK WAFFLES, LLC**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE